FILED17 JUL '25 14:20USDC-ORE

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:25-cr-** 00300-MC |
| **v.** | **INDICTMENT** |
| **EVERETT JOHN HALLBACH,** | **21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846** |
| **Defendant.** | **Forfeiture Allegation** |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy to Distribute Methamphetamine)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846)**

Beginning on an unknown date but no later than on or about February 3, 2025, and continuing until on or about March 12, 2025, in the District of Oregon, defendant **EVERETT JOHN HALLBACH** did knowingly and intentionally combine, conspire, confederate, and agree with another person, known to the Grand Jury, to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and 846.

\\\

\\\

\\\

\\\

**COUNT 2**
**(Distribution of Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))**

On or about February 6, 2025, in the District of Oregon, defendant **EVERETT JOHN HALLBACH** knowingly distributed 50 grams or more of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

**COUNT 3**
**(Distribution of Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))**

On or about February 26, 2025, in the District of Oregon, defendant **EVERETT JOHN HALLBACH** knowingly distributed 50 grams or more of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

## FORFEITURE ALLEGATION

Upon conviction of an offense in Counts 1 through 3, defendant **EVERETT JOHN HALLBACH** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said violations.

Dated: July 17, 2025.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

JEFFREY S. SWEET
Assistant United States Attorney